**ORMD**
JAMES R. STOUT, ESQ.
Nevada Bar No. 8680
STOUT LAW FIRM
4560 South Decatur Blvd., Suite 201
Las Vegas, Nevada 89104
(702) 794-4411
Attorneys for Plaintiffs

## US DISTRICT COURT

## CLARK COUNTY NEVADA

| | |
|---|---|
| RICHARD SANDOVAL, an individual; and ROSE MARIE SANDOVAL, an individual, ) ) ) | Case No.: **2:09-cv-01025-JCM-PAL** Dept. No: 12 |
| Plaintiffs, ) ) | |
| v. ) ) | |
| C2CL, INC. DBA MAYFLOWER FINANCIAL, a Nevada corporation; TAYLOR BEAN AND WHITAKER MORTGAGE CORPORATION, a foreign corporation; DOES 1-100, inclusive; and ROES I-X, inclusive, ) ) ) ) ) ) ) | |
| Defendants. ) ) ) ) | |

### ORDER FOR RETURN OF MONIES ON DEPOSIT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Clerk of the Court

Shall hereby return to James R. Stout, Esq., of STOUT LAW FIRM, a bond of one-thousand

dollars ($1,000.00) placed as a deposit in the above-referenced matter on behalf of the Plaintiffs

RICHARD SANDOVAL and ROSE MARIE SANDOVAL, as this case is officially

closed. Attached hereto as Exhibit "A" is a copy of the Certificate of Cash Deposit wherein

a payment of $1,000.00 was made to this Court for the out-of-state Plaintiffs and that

/ / /

/ / /

/ / /

/ / /

/ / /

the matter was closed on March 26, 2010.

The check is to be made payable to Plaintiffs "RICHARD SANDOVAL and ROSE MARIE SANDOVAL". The check will be sent to Plaintiffs' counsel James R. Stout of Stout Law Firm at the above referenced address who will deliver the check to Plaintiffs.

DATED this _2_ day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

Submitted by
STOUT LAW FIRM

By: _____
JAMES R. STOUT, ESQ.
Nevada Bar No.868?
STOUT LAW FIRM
4560 S. Decatur Boulevard, suite 201
Las Vegas, Nevada 89103

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _2_ day of December, 2010 I served a copy of the attached ORDER FOR RETURN OF MONES ON DEPOSIT by mailing a copy by first class United States Mail, postage prepaid and addressed to the following parties:

Leann Sanders, Esq.
Shirley Blazek, Esq.
ALVERSON, TAYLOR MORTENSEN &
SANDERS
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
Attorneys for Defendants

_____
An Employee of STOUT LAW FIRM

2

A

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Richard Sandoval, an individual
Rose Marie Sandoval, an individual )
          Plaintiffs )
                                    )
v.                                  )
                                    )
CZCL, Inc. dba Mayflower )          CV **09 - 1025**
Financial, a Nevada Corporation; )
Taylor Bean Whitaker Mortgage )
Corporation, a foreign Corporation )
                                    )

_FILED  _RECEIVED
_ENTERED  _SERVED ON
C... ...'G OF RECORD

2009 JUL 23  P 3: 40

... US ...
DISTRICT OF NEVADA
                    DEPUTY

## CERTIFICATE OF CASH DEPOSIT

1.    I, _James R. Stout, ESQ_, herewith tender to the Clerk
(Name of Depositor)
of Court for deposit into the Registry Account of this Court cash in the amount of
$ _1,000.00_ .

2.    This Cash Deposit:

A. Is tendered on behalf of: _Richard + Rose Marie Sandoval_:
(Name of Party)
B. Is in the nature of the following (e.g., Interpleader Deposit, Bond in Support
of Temporary Restraining Order, etc.) : _Bond In support of_

_Out of State Plaintiffs_

C. Is tendered pursuant to the following Statute, Rule or Court Order: ____
_NRS 18.130_

D. Is conditioned as follows: _Return To owner_
_as applicable_

. . .

1

11/99

1    . . .

2

3        3.     The name and address of the Legal Owner of the cash tendered

4    herewith to whom a refund (if applicable) shall be made is:

5    *Richard and Rose Marie Sandoval*

6    *605 North Toland Ave*

7    *West Covina CA 91790*

8

9    State of Nevada     )

10   County of _____ ) ss.     Dated: _7-22-09_

11   On _____, 20___,     _____

12   personally appeared before me, a     Signature of Depositor
     Notary Public,

13

14   _____
     (Name of Depositor)

15   who acknowledged that (s)he
     executed the above instrument.

16

17   _____
     NOTARY PUBLIC

DEBBIE JO SMITH
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 3-08-13
Certificate No: 09-8948-1

18       Dated: _7-23-09_

19       _____

20       Signature of Attorney for
     Party or Party Appearing

21       Pro Se (If different from
     Depositor)

22   RECEIPT:

23   Cash as identified herein is
     hereby acknowledged as being

24   received this date.

25   Dated: _7/23/09_

26   CLERK, U.S. DISTRICT COURT

27   By: _____

28

2

1

Deputy Clerk

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES
U.S. District Court
District of Nevada
Southern Division

# 001156B3 - E5
July 7, 2009

Code    Case #    Qty    Amount

BAIL BON 09-vs1025              1,000.00 CK

TOTAL→          1,000.00

FROM: STOUT LAW FIRM
       4560 S DECATUR BLVD
       STE 201
       LVNV 89103